**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6805**

---

HARRY JAMES FOWLER,

Plaintiff - Appellant,

versus

ROGER HUTCHINGS; LIEUTENANT HARTSO, a/k/a
Marvin Hartso; DEPUTY CORNETT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Chief District Judge. (CA-98-9-5-2-MU)

---

Submitted: September 6, 2001     Decided: September 13, 2001

---

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Harry James Fowler, Appellant Pro Se. Harry Lee Davis, Jr., DAVIS & HAMRICK, L.L.P., Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harry James Fowler appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fowler v. Hutchings, No. CA-98-9-5-2-MU (W.D.N.C. filed Mar. 29, 2001; entered Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED